UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH MARK-XEVIA FRAPPIER,

      Petitioner,

v.                          CASE NO. 4:25-CV-10738
                            HONORABLE F. KAY BEHM
                            UNITED STATES DISTRICT JUDGE

ADAM DOUGLAS,

      Respondent,

_____/

**JUDGMENT**

The above entitled matter having come before the Court on a Petition for Writ

of Habeas Corpus, and in accordance with the Memorandum Opinion and Order

entered on April 16, 2026:

    (1) The Petition for Writ of Habeas Corpus is DENIED WITH
         PREJUDICE.
    (2) A Certificate of Appealability is DENIED.
    (3) Petitioner is GRANTED leave to appeal *in forma pauperis*.

Dated at Flint, Michigan, this 16th, day of April, 2026.

                        KINIKIA ESSIX
                        CLERK OF THE COURT

APPROVED:

                        BY:  s/Kourtney Collins
                        DEPUTY CLERK

s/F. Kay Behm
F. Kay Behm
United States District Judge